UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FREDERICK PETTWAY,** } | |
| } | |
| **Plaintiff,** } | |
| } | |
| v. } | Case No.: 2:15-cv-00094-MHH |
| } | |
| **PORTFOLIO RECOVERY** } | |
| **ASSOCIATES, LLC, a corporation,** } | |
| } | |
| **Defendant.** | |

## ORDER

Plaintiff Frederick Pettway filed a motion to dismiss his claims with prejudice. (Doc. 10). Because the defendant Portfolio Recovery Associates, LLC has not yet answered the complaint, the Court construes this motion as a notice of voluntary dismissal under Rule 41(a)(1)(A)(i).

The Court **ORDERS** that this action is **DISMISSED WITH PREJUDICE**. The parties are to bear their own costs, expenses, and attorney's fees. The Court **DIRECTS** the Clerk of Court to please close the file.

**DONE** and **ORDERED** this April 6, 2015.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE